IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CENTRAL SOURCE LLC, )<br>)<br>Plaintiff, )<br>v.  )<br>)<br>freeannualcreditreport2014.com, *et al.*, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 1:16-cv-465 (AJT/TCB) |

## **ORDER**

This matter is before the Court on the Report and Recommendations [Doc. No. 21] of the Magistrate Judge recommending that plaintiff's Motion for Default Judgment [Doc. No. 17] be granted and default judgment entered in favor of plaintiff and against defendant domain names freeannualcreditreport2014.com, freeannualcreaditreport.com, annuslcreditreport.com, anniualcreditreport.com, annyalcreditreport.com, annualcreditreoport.com, freeannalcreditreport.com, annualcreditreporty.com, annualcredotreport.com, and annualcteditreport.com. The Magistrate Judge also advised the parties that objections to the Report & Recommendation must be filed within fourteen (14) days of service and that failure to object waives appellate review. No objections have been filed. Having conducted a *de novo* review of the evidence in this case, the Court adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that plaintiff's Motion for Default Judgment [Doc. No. 17] be, and the same hereby is, GRANTED; and it is further

ORDERED that default judgment be, and the same hereby is, ENTERED in favor of plaintiff and against defendant domain names freeannualcreditreport2014.com,

freeannualcreaditreport.com, annuslcreditreport.com, anniualcreditreport.com, annyalcreditreport.com, annualcreditreoport.com, freeannalcreditreport.com, annualcreditreporty.com, annualcredotreport.com, and annualcteditreport.com; and it is further

ORDERED that VeriSign, Inc. is DIRECTED to change the registrar of record for defendant domain names freeannualcreditreport2014.com, freeannualcreaditreport.com, annuslcreditreport.com, anniualcreditreport.com, annyalcreditreport.com, annualcreditreoport.com, freeannalcreditreport.com, annualcreditreporty.com, annualcredotreport.com, and annualcteditreport.com to plaintiff's registrar of choice, GoDaddy.com LLC; and it is further

ORDERED that GoDaddy.com LLC is then DIRECTED to take the necessary steps to have plaintiff listed as the registrant for the domain names; and it is further

ORDERED that plaintiff's claim for *in rem* trademark infringement is DISMISSED WITHOUT PREJUDICE.

The Clerk is directed to enter judgment in accordance with this Order pursuant to Fed. R. Civ. P. 58 and to forward copies of this Order to all counsel of record. Plaintiff is further directed to forward a copy of this Order the registrants at the e-mail and postal addresses provided by the registrants to the registrars, as reflected in plaintiff's certificate of service of its Motion for Default Judgment [Doc. No. 17 at 3-4], and to file a certificate of service indicating the date those e-mail and postal mailings were sent.

/s/
_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
February 24, 2017